# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL ACTION NO. 3:18-CR-493-S |
| NELSON JOSEPH FERLAND, IV (3) | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Irma Carrillo Ramirez for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation are **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of NINE (9) MONTHS with no additional term of Supervised Release to follow.

**SO ORDERED.**

SIGNED September 20, 2022.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**